RECEIVED
IN LAKE CHARLES, LA.

OCT 15 2009

TONY R. MOORE, CLERK
BY_____
                DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO.  2:04CR20128-01** |
| **VERSUS** | **JUDGE MINALDI** |
| **CORY D. RIGMAIDEN** | **MAGISTRATE JUDGE KAY** |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___  The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___  The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this _14_ day of Oct, 2009.

Patricia Minaldi
UNITED STATES DISTRICT JUDGE